```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
LOVASIA CLARK,

                Plaintiff,

      -against-                        25-CV-07655 (VEC)

                                         ORDER

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 20, 2025, Plaintiff filed a Complaint against Defendant the National Railroad Passenger Corp., *see* Compl., Dkt. 4;

WHEREAS the Initial Pretrial Conference ("IPTC") in this matter is scheduled for Friday, November 21, 2025, *see* Dkt. 3; and

WHEREAS Defendant has not appeared in this action;

IT IS HEREBY ORDERED that the IPTC scheduled for Friday, November 21, 2025, is ADJOURNED until **Friday, December 19, 2025, at 10:00 A.M.** The IPTC will be held in Courtroom **20C** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties submit a joint letter (the "Joint Letter") of no more than five (5) pages by **Thursday, December 11, 2025**, addressing each of the following in separate paragraphs:

    a) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s);

    b) any contemplated motions;

c) the basis for subject matter jurisdiction;

d) the prospect for settlement; and

e) whether the parties believe a Rule 16 conference would be helpful or whether they believe it is unnecessary and that their proposed Case Management Plan be so ordered.

If this case involves claims that arise under the Fair Labor Standards Act ("FLSA"), the joint letter must indicate whether the plaintiff(s) intend to move for certification of a collective and whether the defendant(s) intend to object to such certification. If there will be a disputed motion for a collective, the Court will likely cancel the IPTC, stay discovery, and set a briefing schedule for the motion.

IT IS FURTHER ORDERED that the parties consult the Undersigned's Individual Practices in Civil Cases and to confer on a Civil Case Management Plan and Scheduling Order. The Individual Practices and Civil Case Management Plan may be found on the Court's website: https://nysd.uscourts.gov/hon-valerie-e-caproni. The parties must submit the jointly proposed Plan to the Court with their Joint Letter. The deadlines proposed in the Court's form Case Management Plan are generally appropriate for most routine cases. If the parties propose a date for the deadline of fact discovery that is more than 120 days from the date of the IPTC, the Joint Letter must explain why more than four months are needed to conduct fact discovery. The deadline to complete fact discovery is a firm date and will not be extended absent extraordinarily good cause.

IT IS FURTHER ORDERED that Plaintiff must promptly file proof of service of the Complaint and summons via ECF.

///

///

**SO ORDERED.**

Date:  **November 13, 2025**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

3