USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2026

MEMO ENDORSED

**STEVEN L. BARKAN P.C.**
*Attorneys at Law*
*445 Broad Hollow Road. Suite 25*
*Melville, New York 11747*
*(516)358-3688*
*Fax (631) 881-0818*

July 30, 2026

Honorable Valerie Caproni
United States District Judge
Southern District Court of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

Re: Lovasia Clark v. National Railroad Passenger Corp.
Docket No.: 25-7655 (VEC)

Dear Judge Caproni:

We represent the plaintiff in the above caption matter. On behalf of both parties we write to make two requests. First we request an adjournment of the Conference scheduled for August 7, 2026 at 10AM and second to request the assistance of a Magistrate Judge to help the parties reach a settlement in this matter.

The plaintiff was recently deposed. At that time, defendant's counsel arranged for the defendant's adjuster to be present at the deposition. Thereafter, settlement discussions took place and are continuing. As a result of these discussions the parties believe that the assistance of a Magistrate Judge will be of assistance in closing the financial gap between the parties without any further need for discovery at this time. Defendant's adjuster is scheduled to be away until August 24th. Accordingly we would request that the mediation be scheduled for a time after that date.

We also request that the conference scheduled for August 7th be adjourned until after the mediation is concluded. This is the first request for an adjournment of this in person conference.

Respectfully Submitted:

STEVEN L. BARKAN P.C.

Steven L. Barkan

Cc: Horn & Scheuerle, LLC

Application GRANTED. The post-discovery conference scheduled for August 7, 2026, is hereby ADJOURNED *sine die*. The Court will refer the parties to Magistrate Judge Moses for a settlement conference via separate order.

SO ORDERED.

7/31/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE